246 So.2d 679

**BRYER INSURANCE AGENCY, INC.**

v.

**Frank S. BRUNO.**

No. 51303.

April 22, 1971.

In re: Bryer Insurance Agency, Inc. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 244 So.2d 667.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

■

246 So.2d 679

**ORLEANS PARISH SCHOOL BOARD**

v.

**PITTMAN CONSTRUCTION CO., Inc., et al. (Trinity Universal Insurance Co.)**

No. 51311.

April 22, 1971.

In re: Orleans Parish School Board applying for certiorari, or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 244 So.2d 641.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.